422

98 P.3d 293

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

### September 20, 2004

| | | |
|---|---|---|
| 25514,<br>25515,<br>25516,<br>25529 | Doe Children, In re; Doe, In re | Affirmed |
| 25448,<br>25525 | Thames v. Miller | Affirmed |

### September 21, 2004

| | | |
|---|---|---|
| 25568 | Politano v. Hsu | Affirmed |

### September 22, 2004

| | | |
|---|---|---|
| 25465 | Crespin v. A&B Hawaii, Inc. | Vacated and<br>Remanded |

### September 23, 2004

| | | |
|---|---|---|
| 25498 | Doe, In re | Affirmed |

### September 24, 2004

| | | |
|---|---|---|
| 25270 | State v. Moore | Affirmed |

### October 5, 2004

| | | |
|---|---|---|
| 25651 | State v. Shiroma | Affirmed |